725 A.2d 1123

IN THE MATTER OF VICTOR J. CAOLA,
AN ATTORNEY AT LAW.

March 25, 1999.

## ORDER

The Disciplinary Review Board on December 9, 1998, having filed with the Court its decision concluding that **VICTOR J. CAOLA** of **BRICK,** who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 1.4(a) (failure to keep client informed of status of a matter), and good cause appearing;

It is ORDERED that **VICTOR J. CAOLA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.